Loretta Schenkl, appellee, v. Sheffield Theatre Company and Essaness Theatres Corporation, appellants. Gen. No. 38,965.

Heard in the first division of this court for the first district at the October term, 1936. Opinion filed June 14, 1937.

McKenna, Harris & Schneider, for appellants; James J. McKenna and Abraham W. Brussell, of counsel. Francis J. Gariepy and Charles E. Mallon, for appellee; Owen Rall, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Elsie B. Spiegel, appellee, v. Toby Provus and Isadore Provus, appellants. Gen. No. 39,364.

Heard in the first division of this court for the first district at the February term, 1937. Opinion filed June 14, 1937. Rehearing denied June 28, 1937.

Fisher & Fisher, for appellants; Joseph Fisher, of counsel. Theodore D. Chernof and Philip Appel, for appellee; Philip Appel, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Esther Coleman, appellant, v. George Wienboeber, Inc. et al., appellees. Gen. No. 39,420.

Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 14, 1937.

Royal W. Irwin, for appellant. Eckert & Peterson, for appellees; A. R. Peterson and Owen Rall, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.